**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1662**

———————

LINDSEY KNAPP,

        Plaintiff - Appellant,

        v.

MARK AVERILL, Acting Secretary of the Army,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-cv-00433-BO-RJ)

———————

Submitted:  February 27, 2025                    Decided:  March 3, 2025

———————

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

**ON BRIEF:** Daniel Maharaj, SOLOMON, MAHARAJ & KASIMATI, P.A., Tampa, Florida, for Appellant.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Charles W. Scarborough, Joshua M. Koppel, Attorneys, Appellate Staff, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Michael F. Easley, Jr., United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lindsey Knapp appeals the district court's order granting Defendant's motion to dismiss Knapp's discrimination, harassment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and denying Knapp's motion for leave to file a second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Knapp v. Wormuth*, No. 5:23-cv-00433-BO-RJ (E.D.N.C. Mar. 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2